AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CARL WILLIAMS,

      Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:22-cr-138
(4:24-cv-147)

UNITED STATES OF AMERICA,

      Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 19, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Williams' 28 U.S.C. § 2255 Motion is dismissed and this case stands closed. In addition, Williams is denied a Certificate of Appealability and in forma pauperis status on appeal.

Approved by: _____

August 27, 2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020